**Harris County Docket Sheet**

# 2020-30435

**COURT:**  333rd

**FILED DATE:**  5/20/2020

**CASE TYPE:**  OTHER CIVIL



---

**BELLAMY, ANTONIO #0275125 3E2B**

**vs.**

**GONZALES, ED (SHERIFF)**

---

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |

Pg 3

2020   30435

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2020 MAY 20 AM 9:02

ANTONIO BELLAMY                                    IN THE DISTRICT COURT

v.                                                          HARRIS COUNTY, TEXAS

Ed Gonzales, et al.                                    DISTRICT COURT

ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, ANTONIO BELLAMY, PLAINTIFF PRO SE IN THE ABOVE entitled and numbered cause and files this his original complaint and would show:

I. Discovery is intended to be conducted under Level II TRCP 190.2

II. Plaintiff Antonio Bellamy is an inmate at the Harris County Jail in Houston Texas.

III. Defendants are the following officials or employees of Harris County Sheriff's Office:

Ed Gonzales — Sheriff

Darryl Coleman — Chief Deputy

Dr. Laxman Sundar — Medical Director

IV. This court has jurisdiction and venue is proper because all or part of the events giving rise to these claims happened in Harris County, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

V. Since the beginning of the COVID-19 STATE OF Disaster the defendants Ed Gonzales, Darryl Coleman and Laxman Sundar have acted with deliberate

Certified Document Number: 90643299 - Page 1 of 3

ES0085-01-07

indifference to the serious medical need of protecting
plaintiff from the severe threat of contracting
Covid-19. Plaintiff has, as a result of defendant's
deliberate indifference, contracted Covid-19
and defendant's have refused to test him for
the virus. Plaintiff's exposure to and ~~resultant~~
resultant contraction of Covid-19 could have
been prevented and have resulted in permanent
organ damage and severe pain and suffering
for two-weeks.

I. Plaintiff has one suit pending in Federal
   Court, Bellamy v. Gonzales, and has
   filed no other pro se lawsuits.

II. Exigent circumstances release plaintiff
    from exhaustion requirements.

VII. Plaintiff requests the following relief:
a. Temporary restraining order restraining defendants
from ignoring plaintiffs request for proper treatment
of and testing for Covid-19, and his requests
for proper prevention measures to be employeed
by Harris County Sheriffs office in response to the
Covid-19 pandemic.
b. preliminary and permanent injunction
   enjoining defendants from ignoring plaintiffs
   request for proper treatment for Covid-19 and his

Certified Document Number: 90643299 - Page 2 of 3

ES0085-01-07

requests for proper prevention measures to be employed
by Harris County Sheriffs Office in response to the
Covid-19 pandemic

c. Damages in the amount of 12,000,000.00
for pain and suffering and permanent organ
damage from Covid-19.

d. jury trial

e. any other relief to which plaintiff is entitled,

Wherefore, premises considered, Plaintiff respectfully
prays this court set this case for trial and
upon conclusion grant relief requested in
paragraph VIII.

Respectfully Submitted,
Antonio A. Bellamy
1200 Baker St.
Houston TX
77002

ES0085-01-07



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 25, 2020


Certified Document Number:        90643299 Total Pages:   3


Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Antonio Bellamy 2020 30435 In The DISTRICT COURT

V. Harris County Texas

Ed Gonzales, etal. DISTRICT COURT

APPLICATION TO Proceed Informa Pauperis and
STATEMENT of INABILITY TO PAY COSTS

I. I, antonio Bellamy, being presently incarcerated
at the Harris County Jail in Houston, Texas hereby
declare under the penalty of perjury that
the following facts and allegations are true
and correct:

1. I am not on public benefits

2. I have had no income for the past 12 months.

3. I have no money or assets.

4. I can not afford to pay filing fees.

II. Because of the above facts Plaintiff requests
leave to file informa paupers.

Wherefore Plaintiff respectfully requests this
Court grant leave to file in forma pauperis.

Respectfully Submitted,
Antonio A. Bellamy
1200 Baker ST.
Houston Tx
77002

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 90643300 - Page 1 of 1

ES0085-01-07



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 25, 2020


Certified Document Number:        90643300 Total Pages:  1


Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

2020   3 0 4 3 5

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2020 MAY 20 AM 9: 02

Antonio Bellamy

v.

Ed Gonzales, etal.

Harris County, Texas
DISTRICT COURT
DISTRICT COURT

Request For Citation

To The Harris County District Clerk,:

Please issue citation and have Constable
serve original Complaint upon all
defendants listed below:

Ed Gonzales - 1200 Baker St. Houston, TX
Darryl Coleman — 1200 Baker St. Houston TX
Dr. Laxman Sunder - 1200 Baker St. Houston TX

Respectfully Submitted,
Antonio A. Bellamy
1200 Baker St.
Houston TX
77002

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

ES0085-01-07



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 25, 2020

Certified Document Number:        90643301 Total Pages:   1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

**FILED**
Marilyn Burgess
District Clerk  -05-27-2020

MAY 27 2020
Time:_____
By_____
Harris County, Texas
Mail Processing Clerk

1L64  P-7

CAUSE NO.  202030435

AFFIDAVIT OF INABILITY
TO PAY COST FILED WITH
PLEADING.

RECEIPT NO.  29493
**********

0.00        CO1

TR # 73751486

PLAINTIFF: BELLAMY, ANTONIO #0275125 3E2B
                           vs.
DEFENDANT: GONZALES, ED (SHERIFF)

In The    333rd
Judicial District Court
of Harris County, Texas
333RD DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: SUNDER, LAXMAN (DR)
    1200 BAKER ST  HOUSTON TX  77002
    Attached is a copy of <u>ORIGINAL PETITION</u>

This instrument was filed on the <u>20th day of May, 2020</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 20th day of May, 2020, under my hand and
seal of said Court.

<u>Issued at request of:</u>
BELLAMY, ANTONIO #0275125 3E2B
1200 BAKER ST
HOUSTON, TX  77002

<u>Bar No.:</u>  1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: LAWSON, CHANDRA K  2ZD//11500648

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                                    _____ of _____County, Texas

_____          By _____
            Affiant                                          Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____

                                                    Notary Public

N.INT.CITR.P

*73751486*

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

CAUSE NO.   202030435

RECEIPT NO.   29493

AFFIDAVIT OF INABILITY
TO PAY COST FILED WITH
PLEADING.

0.00          CO1

TR # 73751486

PLAINTIFF: BELLAMY, ANTONIO #0275125 3E2B
                                    vs.
DEFENDANT: GONZALES, ED (SHERIFF)

In The    333rd
Judicial District Court
of Harris County, Texas
333RD DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

Delivery this____day of_____, 20___
ALAN ROSEN, Constable
Precinct #1, Harris County

By_____

TO: SUNDER, LAXMAN (DR)
    1200 BAKER ST    HOUSTON TX  77002
    Attached is a copy of ORIGINAL PETITION

This instrument was filed on the 20th day of May, 2020, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 20th day of May, 2020, under my hand and
seal of said Court.

**FILED**
Marilyn Burgess
District Clerk

MAY 27 2020
Harris County, Texas
By_____
Mail Processing Clerk

Time:_____

Issued at request of:
BELLAMY, ANTONIO #0275125 3E2B
1200 BAKER ST
HOUSTON, TX  77002

Bar No.:  1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: LAWSON, CHANDRA K  2ZD//11500648

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

_____ of _____County, Texas

_____        By _____
          Affiant                              Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
          Notary Public

N.INT.CITR.P          *73751486*

Certified Document Number: 90760917 - Page 2 of 7

**Constable Return of Individual**

Cause #: 202030435                                              Tracking #: 73751486

In the case of BELLAMY, ANTONIO #0275125 3E2B VS GONZALES, ED (SHERIFF) a CITATION and attached ORIGINAL PETITION was issued by the 333rd Judicial District court of HARRIS County, TX and came to hand on the 21 day of May , 2020 at 8:25AM to be delivered at 1200 BAKER ST , HOUSTON , Tx 77002 by delivering to: SUNDER, LAXMAN (DR)

**Attempted Service**

**(Attempted service at 1200 BAKER ST, HOUSTON, Tx, 77002 unless otherwise noted.)**

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|---|---|---|---|---|---|---|
| 5/21/2020 | 12:35:06 PM | CRAIG PENNAMON, SR | 1 | RTC UNSERVED | 1200 BAKER ST HOUSTON Tx 77002 | RTC UNSERVED DUE TO BAD ADDRESS AND THE PLAINTIFF IS IN THE HARRIS COUNTY JAIL. |
| 5/21/2020 | 12:30:59 PM | CRAIG PENNAMON, SR | 1 | BAD ADDRESS | 1200 BAKER ST HOUSTON Tx 77002 | I SPOKE WITH SHERIFF DEPUTY PINEDA AT HARRIS COUNTY OFFICE TO SEE IF HE COULD CHECK TO SEE IF THE DEFENDANT IS EMPLOYED AT THE HARRIS COUNTY SHERIFF DEPARTMENT. AFTER CHECKING DEPUTY PINEDA STATED THAT THE DEFENDANT IS NOT EMPLOYED BY THE HARRIS COUNTY SHERIFF DEPARTMENT. |

NOT EXECUTED to the defendant: SUNDER, LAXMAN (DR)

The information received as to the whereabouts of the said defendant being:

Fee Due $ ___0.00___

by Deputy CRAIG PENNAMON, SR - 1C64
<br>Printed

Deputy Signature

Attempts: _____2_____

Total Attempts: _____2_____

**Alan Rosen , Constable Precinct #1**
<br>**Harris County Texas**

1302 Preston, 3rd Floor
<br>Houston Texas 77002
<br>713.755.5200

Certified Document Number: 90760917 - Page 3 of 7

**2020   30435**

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2020 MAY 20  AM 9:02

ANTONIO BELLAMY                                                    IN THE DISTRICT COURT

V.                                                                          HARRIS COUNTY, TEXAS

Ed Gonzales, et al.                                                      DISTRICT COURT

<u>ORIGINAL PETITION</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ANTONIO BELLAMY, PLAINTIFF PRO SE IN THE ABOVE
entitled and numbered cause and files this his original
complaint and would show:

I. Discovery is intended to be conducted under Level II
   TRCP 190.2

II. Plaintiff Antonio Bellamy is an inmate at the Harris
    County Jail in Houston Texas.

III. Defendants are the following officials or employees
    of Harris County Sheriff's Office:
    Ed Gonzales — Sheriff
    Darryl Coleman — Chief Deputy
    Mr. Laxman Sunder — Medical Director

IV. This court has jurisdiction and venue is proper because
    all or part of the events giving rise to these claims
    happened in Harris County, Texas

V. Since the beginning of the COVID-19 State of
   Disaster the Defendants Ed Gonzales, Darryl Coleman
   and Laxman Sunder have acted with deliberate

Certified Document Number: 90760917 - Page 4 of 7

ES0085-01-07

indifference to the serious medical need of protecting plaintiff from the severe threat of contracting COVID-19. Plaintiff has, as a result of defendants deliberate indifference, contracted COVID-19 and defendants have refused to test him for the virus. Plaintiff's exposure to and ▓▓▓▓ resultant contraction of Covid-19 could have been prevented and have resulted in permanent organ damage and severe pain and suffering for two-weeks.

V. Plaintiff has one suit pending in Federal Court, BELLAMY v Gonzales, and has filed no other pro se lawsuits.

VI. Exigent Circumstances release plaintiff from exhaustion requirements.

VII. Plaintiff requests the following relief:

a. temporary restraining order restraining defendants from ignoring plaintiffs request for proper treatment of and testing for Covid-19, and his requests for proper prevention measures to be employed by Harris County sheriffs office in response to the Covid-19 pandemic.

b. Preliminary and permanent injunction enjoining defendants from ignoring plaintiffs request for proper treatment for Covid-19 and his

Certified Document Number: 90760917 – Page 5 of 7

requests for proper prevention measures to be employeed
by Harris County Sheriffs office in response to the
Covid-19 pandemic

c. Damages in the amount of 17,000,000.00
   for pain and suffering and permanent organ
   damage from Covid-19.

d. jury trial

e. any other relief to which plaintiff is entitled

WHerefore, premises Considered, Plaintiff respectfully
   prays this court set this case for trial and
   upon conclusion grant relief requested in
   paragraph VII.

Respectfully Submitted,
Antonio A. Bellamy
1200 Baker St.
Houston Tx
77002

Certified Document Number: 90760917 - Page 6 of 7

ES0085-01-07

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

23 NO. 29493

## MARILYN BURGESS DISTRICT CLERK

Case: 202030435-7          Trans ID  213555455          Court: 333

Action : OTHER CIVIL

Style      PLT: BELLAMY, ANTONIO
          DEF: GONZALES, ED (SHERIFF)

| Fee | Description | Amount |
|-----|-------------|--------|
| 100 | FILING NEW CASE | $50.00 |
| 121 | CITATION WITH 1 COPY | $24.00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 |
| 178 | ELECTRONIC FILING FEE - STATE | $30.00 |
| 183 | JUDICIAL AND COURT PERSONNEL TRAINING | $5.00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10.00 |
| 195 | SECURITY SERVICE FEE | $5.00 |
| 198 | DIST CLK RECORDS MGMT / PRES FEE | $5.00 |
| 199 | RECORD PRESERVATION FEE | $5.00 |
| 298 | SERVICE COPIES | $2.25 |
| 350 | CONST-PERSONAL SERVICE | $225.00 |
| 450 | JUDICIAL FILING FEE - CIVIL | $50.00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42.00 |
| 452 | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 |
| 475 | LAW LIBRARY | $25.00 |
| 601 | DISPUTE RESOLUTION FEE | $10.00 |
| 775 | APPELLANT JUDICIAL FUND | $5.00 |
| 525 | STENO FEE | $15.00 |

| | |
|---|---|
| Payment  Due | $$528.25 |
| Amount Due · | $528.25 |
| Payment Amount· | $0 00 |
| Amount Applied: | $0.00 |
| Amount Due: | $528 25 |

Received      BELLAMY, ANTONIO ALEXANDER  - S2882140
             (SPN#02751525)
Of           1200 BAKER STR

             HOUSTON, TX  77002

FIVE HUNDRED TWENTY EIGHT  AND 25/100
**************************Dollars

Payment Date:                           File Date: 5/20/2020

THIS IS A BILL. PAYMENT OF FEES IS REQUIRED IMMEDIATELY, NO
PERSONAL CHECKS, OR OUT OF COUNTY COMPANY CHECKS OR OUT OF
STATE CHECKS ACCEPTED

Assessed By: LAWSON, CHANDRA K
Validated: 5/21/2020      By :COLLINS, IRIS T

Comment: EnvelopeNbr :PROSE-44910

Certified Document Number: 90760917 - Page 7 of 7



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 25, 2020

Certified Document Number:        90760917 Total Pages:  7

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**




# FILED
**Marilyn Burgess**
District Clerk
05-28-2020

MAY 28 2020
Time: _____
By: _____
Harris County, Texas
Mail Processing Clerk

VC69

*

CAUSE NO. 202030435

RECEIPT NO. 29493
**********

AFFIDAVIT OF INABILITY
TO PAY COST FILED WITH
PLEADING.

0.00      CO1
TR # 73751487

P-2

---

PLAINTIFF: BELLAMY, ANTONIO #0275125 3E2B
          vs.
DEFENDANT: GONZALES, ED (SHERIFF)

In The    333rd
Judicial District Court
of Harris County, Texas
333RD DISTRICT COURT
Houston, TX

---

CITATION

THE STATE OF TEXAS
County of Harris



TO: COLEMAN, DARRYL
    1200 BAKER ST    HOUSTON TX 77002
    Attached is a copy of <u>ORIGINAL PETITION</u>

This instrument was filed on the <u>20th day of May, 2020</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 20th day of May, 2020, under my hand and
seal of said Court.

<u>Issued at request of:</u>
BELLAMY, ANTONIO #0275125 3E2B
1200 BAKER ST
HOUSTON, TX 77002

<u>Bar No.:</u>  1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: LAWSON, CHANDRA K  2ZD//11500648

---

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

_____    _____ of _____County, Texas
Affiant

               By _____
                       Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____

CONSTABLE PRECINCT #1
HARRIS COUNTY, TEXAS
2020 MAY 21 AM 8:27

Notary Public

N.INT.CITR.P          *73751487*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Certified Document Number: 90777808 - Page 1 of 2

**Constable Return of Individual**

Cause #: <u>202030435</u>                                         Tracking #: <u>73751487</u>

In the case of <u>BELLAMY, ANTONIO #0275125 3E2B</u> VS <u>GONZALES, ED (SHERIFF)</u> a <u>CITATION</u> and attached <u>ORIGINAL PETITION</u> was issued by the <u>333rd Judicial District</u> court of <u>HARRIS</u> County, <u>TX</u> and came to hand on the <u>21</u> day of <u>May</u>, <u>2020</u> at <u>8:17AM</u> to be delivered at <u>1200 BAKER ST</u>, <u>HOUSTON</u>, Tx <u>77002</u> by delivering to: <u>COLEMAN, DARRYL</u>

**(Attempted service at 1200 BAKER ST, HOUSTON, Tx, 77002 unless otherwise noted.)**

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|------|------|-------------|--------|---------------------|-------------------|---------|
| 5/26/2020 | 11:25:06 AM | CRAIG PENNAMON, SR | 1 | SERVED DEFENDANT | 1200 BAKER ST HOUSTON Tx 77002 | SERVED DEFENDANT AT THE HARRIS COUNTY ADMINISTRATION BUILDING. |

**Service of Individual**

Executed in <u>HARRIS</u> County, Texas by delivering to each of the within name defendant by <u>PERSONAL SERVICE</u>; a true copy of this <u>CITATION</u> together with the accompanying copy of the <u>ORIGINAL PETITION</u>, at the following times and places:

| Name | Date | Time | Full Address of Service |
|------|------|------|-------------------------|
| COLEMAN, DARRYL | 5/26/2020 | 11:25AM | 1200 BAKER ST HOUSTON Tx 77002 |

Fee Due $    0.00

by Deputy   CRAIG PENNAMON, SR - 1C64
         Printed

Deputy Signature

Attempts:      1

Total Attempts:      1

**Alan Rosen , Constable Precinct #1**

**Harris County Texas**

1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 25, 2020


Certified Document Number:        90777808 Total Pages:  2


Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

IC64

CAUSE NO.   202030435          AFFIDAVIT OF INABILITY
                               TO PAY COST FILED WITH
                                    PLEADING.
RECEIPT NO.   29493            0.00          CO1
    **********                    TR # 73751488        P-2

PLAINTIFF: BELLAMY, ANTONIO #0275125 3E2B          In The   333rd
      vs.                                          Judicial District Court
DEFENDANT: GONZALES, ED (SHERIFF)                  of Harris County, Texas
                                                   333RD DISTRICT COURT
                                                   Houston, TX

                              CITATION

THE STATE OF TEXAS
County of Harris

                                              **FILED**
                                              Marilyn Burgess
                                              District Clerk

TO: GONZALES, ED (SHERIFF)                    JUN 09 2020
    1200 BAKER ST   HOUSTON TX 77002          Time: _____
    Attached is a copy of ORIGINAL PETITION   Harris County, Texas
                                              By _____
                                                 Mail Processing Clerk

This instrument was filed on the 20th day of May, 2020, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 20th day of May, 2020, under my hand and
seal of said Court.

Issued at request of:                    MARILYN BURGESS, District Clerk
BELLAMY, ANTONIO #0275125 3E2B           Harris County, Texas
1200 BAKER ST                            201 Caroline, Houston, Texas 77002
HOUSTON, TX 77002                        (P.O. Box 4651, Houston, Texas 77210)

Bar No.: 1                               Generated By: LAWSON, CHANDRA K  2ZD//11500648

                    OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                         _____
_____          _____ of _____County, Texas
          Affiant
                                         By _____
                                                        Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____

                                              Notary Public

N.INT.CITR.P          *73751488*          RECORDER'S MEMORANDUM
                                          This instrument is of poor quality
                                          at the time of imaging.

**Constable Return of Individual**

Cause #: <u>202030435</u>                                                                    Tracking #: <u>73751488</u>

In the case of <u>BELLAMY, ANTONIO #0275125 3E2B</u> VS <u>GONZALES, ED (SHERIFF)</u> a <u>CITATION</u> and attached <u>ORIGINAL PETITION</u> was issued by the <u>333rd Judicial District</u> court of <u>HARRIS</u> County, <u>TX</u> and came to hand on the <u>21</u> day of <u>May</u>, <u>2020</u> at <u>8:24AM</u> to be delivered at <u>1200 BAKER ST</u>, <u>HOUSTON</u>, Tx <u>77002</u> by delivering to: <u>GONZALES, ED (SHERIFF)</u>

**(Attempted service at 1200 BAKER ST, HOUSTON, Tx, 77002 unless otherwise noted.)**

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|------|------|-------------|--------|---------------------|-------------------|---------|
| 6/8/2020 | 10:40:41 AM | CRAIG PENNAMON, SR | 1 | SERVED DEFENDANT | 1200 BAKER ST HOUSTON Tx 77002 | SERVED CHRISTINE MAGEE - LEGAL MANAGER ON BEHALF OF THE DEFENDANT. |
| 6/5/2020 | 1:15:18 PM | CRAIG PENNAMON, SR | 1 | NOT IN | 1200 BAKER ST HOUSTON Tx 77002 | DEFENDANTS LEGAL COUNSEL IS NOT IN TO RECEIVE CITATION ON HIS BEHALF. |
| 5/26/2020 | 11:35:07 AM | CRAIG PENNAMON, SR | 1 | NOT IN | 1200 BAKER ST HOUSTON Tx 77002 | I SPOKE WITH DEPUTY PINEDA WHO TOLD ME THAT THE SHERIFF'S LEGAL COUNSEL HAS NOT RETURN TO WORK DUE TO THE STAY AT HOME ORDER REGARDING THE COVID-19 AND DON'T HAVE A RETURN DATE. |

---

**Service of Individual**

Executed in <u>HARRIS</u> County, Texas by delivering to each of the within name defendant by <u>PERSONAL SERVICE</u>; a true copy of this <u>CITATION</u> together with the accompanying copy of the <u>ORIGINAL PETITION</u>, at the following times and places:

| Name | Date | Time | Full Address of Service |
|------|------|------|------------------------|
| GONZALES, ED (SHERIFF) | 6/8/2020 | 10:40AM | 1200 BAKER ST HOUSTON Tx 77002 |

Fee Due $ _____0.00_____

by Deputy <u>CRAIG PENNAMON, SR - 1C64</u>
          Printed

Deputy Signature _____

Attempts: _____3_____

Total Attempts: _____3_____

**Alan Rosen , Constable Precinct #1**

**Harris County Texas**

1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200

Certified Document Number: 90922688 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 25, 2020


Certified Document Number:        90922688 Total Pages:  2


Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**